No. 367. SPRINGFIELD INSTITUTION FOR SAVINGS ET AL. *v.* WORCESTER FEDERAL SAVINGS & LOAN ASSOCIATION ET AL. Supreme Judicial Court of Massachusetts. Certio-

rari denied. *Henry P. Fielding,* Assistant Attorney General of Massachusetts, and *Richard Wait* for petitioners. *Charles B. Rugg* for respondents. Briefs of *amici curiae* supporting the petition were filed by *Timothy J. Donovan* and *John P. Clair* for the Department of Banks of Massachusetts; and *Fred N. Oliver* and *M. F. McCarthy* for the National Association of Mutual Savings Banks.